FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL T. JACKSON,<br><br>    Petitioner,<br><br>  v.<br><br>TOM L. CAREY, Warden,<br><br>    Respondent. | Case No.  CV 09-0116-JVS (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: April 15, 2009

_____
James V. Selna
United States District Judge