JS-6 / ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL T. JACKSON,<br>　　　Petitioner,<br>　　v.<br>TOM L. CAREY, Warden,<br>　　　Respondent. | Case No. CV 09-0116-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 15, 2009

_____
James V. Selna
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY